ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                        :
UNITED STATES OF AMERICA        :
                        :
      -v.-                  :      **INDICTMENT**
                        :
LUIS ANTONIO REBUTTI,         :      09 Cr. 108
                        :
          Defendant.   :
                        :
- - - - - - - - - - - - - - - - X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COUNT ONE

The Grand Jury charges:

From on or about January 7, 2009 through on or about January 20, 2009, in the Southern District of New York, LUIS ANTONIO REBUTTI, the defendant, using a facility and means of interstate commerce, unlawfully, wilfully, and knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, to wit, the defendant, in communications over the Internet, attempted to entice, induce, and persuade an undercover officer posing as a 15 year old girl to meet the defendant for the purpose of engaging in sexual intercourse.

(Title 18, United States Code, Section 2422(b).)

_____        _____
FOREPERSON                                       LEV L. DASSIN
                                                      Acting United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

LUIS ANTONIO REBUTTI,

Defendant.

### INDICTMENT

09 Cr.

(18 U.S.C. § 2422(b))

LEV L. DASSIN
Acting United States Attorney.

**A TRUE BILL**

Foreperson.