ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         -v.-                    :    INDICTMENT
                                 :
LUIS ANTONIO REBUTTI,            :    S1 09 Cr. 108 (CS)
                                 :
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - X
```

COUNT ONE

The Grand Jury charges:

1. From on or about January 7, 2009, through on or about January 20, 2009, in the Southern District of New York, LUIS ANTONIO REBUTTI, the defendant, using a facility and means of interstate commerce, unlawfully, wilfully, and knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, to wit, the defendant, in communications over the Internet, attempted to entice, induce, and persuade an undercover officer posing as a 15 year old girl to meet the defendant for the purpose of engaging in sexual intercourse.

(Title 18, United States Code, Section 2422(b).)

COUNT TWO

The Grand Jury further charges:

2. On or about January 20, 2009, in the Southern District of New York, LUIS ANTONIO REBUTTI, the defendant,

unlawfully, willfully, and knowingly did possess a computer disk and other materials that contained images of child pornography that had been mailed, and shipped, and transported in interstate or foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_____
FOREPERSON

_____
LEV L. DASSIN
Acting United States Attorney