```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
          -v.-                   :     INFORMATION
                                 :
LUIS ANTONIO REBUTTI,            :     S2 09 Cr. 108 (CS)
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - X
```

ORIGINAL

### COUNT ONE

The United States Attorney Charges:

From on or about January 7, 2009, through on or about January 20, 2009, in the Southern District of New York, LUIS ANTONIO REBUTTI, the defendant, using a facility and means of interstate commerce, unlawfully, wilfully, and knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, to wit, the defendant, in communications over the Internet, attempted to entice, induce, and persuade an undercover officer posing as a 15 year old girl to meet the defendant for the purpose of engaging in sexual intercourse.

(Title 18, United States Code, Section 2422(b).)

*[signature]*
PREET BHARARA
United States Attorney